

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00110-CV

## Trial Court No. 14-1726-E

**Doris Nell Fontenot**

**Vs.**

**Jimmie Byron Fontenot**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Clerk's record | $155.10 | Unknown |
| Supreme Court chapter 51 fee | $50.00 | Doris Fontenot |
| Required Texas.gov efiling fee | $20.00 | Doris Fontenot |
| Filing | $100.00 | Doris Fontenot |
| Indigent | $25.00 | Doris Fontenot |
| **TOTAL:** | $350.10 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 4th day of September 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk